IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Lloyd R. Cain,

    Petitioner,

v.

Edwin C. Voorhies, Jr., Warden,

    Respondent.

Case No. 2:08-cv-706

Judge Michael H. Watson
Magistrate Judge Kemp

## ORDER

On December 2, 2009, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

    IT IS SO ORDERED.

Michael H. Watson, Judge
United States District Court